**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se         _____As counsel for:   _____
                                            Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant

_____Appellant   _____Appellee   _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant      _____Respondent or appellee

My address and telephone are:

Name:           _____
Law firm:       _____
Address:        _____
City, State and ZIP: _____
Telephone:      _____
Fax #:          _____
E-mail address: _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes   _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/20/2014                           /s/ Michael K. Mutter
    Date                         Signature of pro se or counsel

cc: _____

CERTIFICATE OF SERVICE

I hereby certify that the foregoing that on this 20th day of February 2014, a true and correct copy of foregoing was electronically filed with the Clerk via the Court's CM/ECF system and thereby electronically served on the following:

Nathan K. Kelley
Office of Solicitor, U.S. Patent and Trademark Office
Office of the Solicitor
Mail Stop 8, P.O. Box 1450
Alexandria, VA  22313-1450

Joseph Matal
Office of Solicitor, U.S. Patent and Trademark Office
Office of the Solicitor
Mail Stop 8, P.O. Box 1450
Alexandria, VA  22313-1450

/s/ Michael K. Mutter
Michael K. Mutter