NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: RICHARD A. GRAFF,**
*Appellant*

_____

14-1288
(Serial no. 10/885,569 )

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

_____

ON MOTION

_____

O R D E R

Upon consideration of the Appellant, Richard A. Graff's unopposed motion to extend time to file his principal brief until May 22, 2014,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

May 1, 2014                    /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court