NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: RICHARD A. GRAFF,**
*Appellant*

---

14-1288
(Serial no. 10/885,569 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

### O R D E R

Upon consideration of the Appellant, Richard A. Graff unopposed motion to extend time to file reply brief until September 04, 2014,

IT IS ORDERED THAT:

The motion is granted. The Appellant/Petitioner reply brief due on September 4, 2014.

                                    FOR THE COURT

August 12, 2014                /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court